RECEIVED BY MAIL
MAR 0 5 2012
CLERK, US DISTRICT COURT
MINNEAPOLIS, MN

NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**REGENTS OF THE UNIVERSITY OF MINNESOTA,**
*Plaintiff-Appellee,*

v.

**AGA MEDICAL CORPORATION,**
*Defendant-Appellant.*

---

2012-1180

---

Appeal from the United States District Court for the District of Minnesota in case no. 07-CV-4732, Judge Patrick J. Schiltz.

---

**REGENTS OF THE UNIVERSITY OF MINNESOTA,**
*Plaintiff-Appellant,*

v.

**AGA MEDICAL CORPORATION,**
*Defendant-Appellee*

---

2012-1167

---

SCANNED
MAR - 6 2012
U.S. DISTRICT COURT MPLS

REGENTS UNIV OF MINN v. AGA MEDICAL 2

Appeal from the United States District Court for the District of Minnesota in case no. 07-CV-4732, Judge Patrick J. Schiltz.

## ON MOTION

### ORDER

The parties jointly move to voluntarily dismiss appeal no. 2012-1180.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to dismiss 2012-1180 is granted. The revised official caption in 2012-1167 is reflected above.

(2) Each side shall bear its own costs in 2012-1180.

(2) All other pending motions are moot.

FOR THE COURT

MAR 0 2 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: J. Derek Vandenburgh, Esq.
    Kevin D. Conneely, Esq.

s21

Issued As A Mandate (As To 2012-1180 Only): MAR 0 2 2012

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 0 2 2012

JAN HORBALY
CLERK

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

By: [signature] James Benjamin  Date: 3/2/2012